# Commonwealth of Pennsylvania
## EMPLOYEE PAY STATEMENT

```
Kelley K. Pearson                       Personnel Number..... 00612869
11 W. Springville Road                  Human Services Pyrl Area 3
Boiling Springs PA  17007               Pay Period.. 08/17/2019 - 08/30/2019
                                        Fed Tax Status: Single
                                        Fed Tax Allowances: 10   Period: 19/2019
B/U:F4     Group:06    Level:ZF
```

| Pay Date   | Payment Amount | = | Gross    | + | Reim. | - | Taxes   | - | Deds.   |
|------------|---------------|---|----------|---|-------|---|---------|---|---------|
| 09/13/2019 | 1,565.18      | = | 2,099.35 | + | 0.00  | - | 258.57  | - | 275.60  |

| Gross Current Pay         | Rate  | Hrs/Unt | Amount   | Year To Date |
|---------------------------|-------|---------|----------|--------------|
| Normal working hours      | 28.66 | 71.10   | 2,037.73 | 31,389.34    |
| Annual Leave Pay          | 28.66 | 0.06    | 1.72     | 2,737.37     |
| Paid-Office Closing       |       |         |          | 224.32       |
| Sick Leave Pay            |       |         |          | 1,565.41     |
| Sick Family Leave         |       |         |          | 644.85       |
| Holiday/Comp lieu Holiday |       |         |          | 1,065.45     |
| Ann.Emergency Lv Pay      | 28.66 | 2.09    | 59.90    | 240.44       |
| Ann.Extraordinary Lv Pay  |       |         |          | 429.90       |
| Overpayment Offset Amt    |       |         |          | 644.85       |
| Leave w/out Pay-AbsenceNA |       |         |          |              |
| UnPd-Holiday Approved     |       |         |          |              |
| FMLA/SPF UnPd Fam Care    |       |         |          |              |
| FMLA/SPF UnPd Fam Care    | 28.66 | 1.75    |          |              |
| Total Gross               |       |         | 2,099.35 | 38,941.93    |

| Taxes                      | Amount | Year To Date |
|----------------------------|--------|--------------|
| Federal        Federal     |        |              |
| TX Withholding Tax         | 9.91   | 278.58       |
| TX EE Social Security Tax  | 123.50 | 2,297.93     |
| TX EE Medicare Tax         | 28.88  | 537.42       |
| State          Pennsylvania |       |              |
| TX Withholding Tax         | 61.15  | 1,137.85     |
| TX EE Unemployment Tax     | 1.26   | 22.98        |
| Local          South Middleton Township |  |  |
| TX Withholding Tax         | 31.87  | 592.99       |
| TX Local Services Tax      | 2.00   | 38.00        |
| EE Taxes                   | 258.57 | 4,905.75     |

| Deductions              | Amount | Year To Date |
|-------------------------|--------|--------------|
| EE PreTx MED Pct        | 107.48 | 1,233.70     |
| Supplemental Life Ins   | 7.73   | 145.79       |
| Overpayment recovery Amt|        | 644.85       |
| SEIU Local 668 Union Dues | 29.18 | 532.34      |
| Full Cov Class AA/Cat 0 | 131.21 | 2,393.54     |

# Commonwealth of Pennsylvania
## EMPLOYEE PAY STATEMENT

```
Kelley K. Pearson                    Personnel Number..... 00612869
11 W. Springville Road               Human Services Pyrl Area 3
Boiling Springs PA  17007            Pay Period.. 08/03/2019 - 08/16/2019
                                     Fed Tax Status: Single
                                     Fed Tax Allowances: 10   Period: 18/2019
B/U:F4    Group:06   Level:13
```

| Pay Date | Payment Amount | = | Gross | + | Reim. | - | Taxes | - | Deds. |
|---|---|---|---|---|---|---|---|---|---|
| 08/30/2019 | 971.68 | = | 1,698.11 | + | 0.00 | - | 159.07 | - | 567.36 |

| Gross Current Pay | Rate | Hrs/Unt | Amount | Year To Date |
|---|---|---|---|---|
| Normal working hours | 28.66 | 57.50 | 1,647.95 | 29,351.61 |
| Annual Leave Pay | 28.66 | 1.75 | 50.16 | 2,735.65 |
| Paid-Office Closing | | | | 224.32 |
| Sick Leave Pay | | | | 1,565.41 |
| Sick Family Leave | | | | 644.85 |
| Holiday/Comp lieu Holiday | | | | 1,065.45 |
| Ann.Emergency Lv Pay | | | | 180.54 |
| Ann.Extraordinary Lv Pay | | | | 429.90 |
| Overpayment Offset Amt | | | | 644.85 |
| Leave w/out Pay-AbsenceNA | | | | |
| UnPd-Holiday Approved | | | | |
| FMLA/SPF UnPd Fam Care | | | | |
| FMLA/SPF UnPd Fam Care | 28.66 | 0.75 | | |
| FMLA/SPF UnPd Fam Care | 28.66 | 15.00 | | |
| Total Gross | | | 1,698.11 | 36,842.58 |

| Taxes | Amount | Year To Date |
|---|---|---|
| Federal          Federal | | |
| TX Withholding Tax | | 268.67 |
| TX EE Social Security Tax | 78.63 | 2,174.43 |
| TX EE Medicare Tax | 18.39 | 508.54 |
| State            Pennsylvania | | |
| TX Withholding Tax | 38.93 | 1,076.70 |
| TX EE Unemployment Tax | 0.83 | 21.72 |
| Local            South Middleton Township | | |
| TX Withholding Tax | 20.29 | 561.12 |
| TX Local Services Tax | 2.00 | 36.00 |
| EE Taxes | 159.07 | 4,647.18 |

| Deductions | Amount | Year To Date |
|---|---|---|
| EE PreTx MED Pct | 107.48 | 1,126.22 |
| Supplemental Life Ins | 7.73 | 138.06 |
| Overpayment recovery Amt | 322.42 | 644.85 |
| SEIU Local 668 Union Dues | 23.60 | 503.16 |
| Full Cov Class AA/Cat 0 | 106.13 | 2,262.33 |

# Commonwealth of Pennsylvania
## EMPLOYEE PAY STATEMENT

```
Kelley K. Pearson                    Personnel Number..... 00612869
11 W. Springville Road               Human Services Pyrl Area 3
Boiling Springs PA  17007            Pay Period.. 07/06/2019 - 07/19/2019
                                     Fed Tax Status: Single
                                     Fed Tax Allowances: 10   Period: 16/2019
B/U:F4     Group:06    Level:13

Pay Date        Payment Amount =   Gross    +   Reim.   -   Taxes    -   Deds.
08/02/2019         1,590.47    =  2,135.17  +   0.00    -   266.36   -   278.34
```

| Gross Current Pay | Rate | Hrs/Unt | Amount | Year To Date |
|---|---|---|---|---|
| Normal working hours | 28.66 | 74.50 | 2,135.17 | 26,413.96 |
| Annual Leave Pay | | | | 1,825.69 |
| Paid-Office Closing | | | | 224.32 |
| Sick Leave Pay | | | | 1,565.41 |
| Sick Family Leave | | | | 644.85 |
| Holiday/Comp lieu Holiday | | | | 1,065.45 |
| Ann.Emergency Lv Pay | | | | 180.54 |
| Ann.Extraordinary Lv Pay | | | | 429.90 |
| Overpayment Offset Amt | | | | 644.85 |
| Leave w/out Pay-AbsenceNA | | | | |
| UnPd-Holiday Approved | | | | |
| FMLA/SPF UnPd Fam Care | | | | |
| FMLA/SPF UnPd Fam Care | 28.66 | 0.50 | | |
| Total Gross | | | 2,135.17 | 32,994.97 |

| Taxes | Amount | Year To Date |
|---|---|---|
| Federal           Federal | | |
| TX Withholding Tax | 13.27 | 268.67 |
| TX EE Social Security Tax | 125.72 | 1,989.19 |
| TX EE Medicare Tax | 29.40 | 465.21 |
| State             Pennsylvania | | |
| TX Withholding Tax | 62.25 | 984.98 |
| TX EE Unemployment Tax | 1.28 | 19.80 |
| Local             South Middleton Township | | |
| TX Withholding Tax | 32.44 | 513.32 |
| TX Local Services Tax | 2.00 | 32.00 |
| EE Taxes | 266.36 | 4,273.17 |

| Deductions | Amount | Year To Date |
|---|---|---|
| EE PreTx MED Pct | 107.48 | 911.26 |
| Supplemental Life Ins | 7.73 | 122.60 |
| SEIU Local 668 Union Dues | 29.68 | 449.68 |
| Full Cov Class AA/Cat 0 | 133.45 | 2,021.86 |
| Total Deductions | 278.34 | 3,505.40 |

# Commonwealth of Pennsylvania
## EMPLOYEE PAY STATEMENT

```
Kelley K. Pearson                      Personnel Number..... 00612869
11 W. Springville Road                 Human Services Pyrl Area 3
Boiling Springs PA  17007              Pay Period.. 07/20/2019 - 08/02/2019
                                       Fed Tax Status: Single
                                       Fed Tax Allowances: 10   Period: 17/2019
B/U:F4     Group:06    Level:13
```

| Pay Date | Payment Amount | = | Gross | + | Reim. | - | Taxes | - | Deds. |
|---|---|---|---|---|---|---|---|---|---|
| 08/16/2019 | 1,332.70 | = | 2,149.50 | + | 0.00 | - | 214.94 | - | 601.86 |

| Gross Current Pay | Rate | Hrs/Unt | Amount | Year To Date |
|---|---|---|---|---|
| Normal working hours | 28.66 | 45.00 | 1,289.70 | 27,703.66 |
| Annual Leave Pay | 28.66 | 30.00 | 859.80 | 2,685.49 |
| Paid-Office Closing | | | | 224.32 |
| Sick Leave Pay | | | | 1,565.41 |
| Sick Family Leave | | | | 644.85 |
| Holiday/Comp lieu Holiday | | | | 1,065.45 |
| Ann.Emergency Lv Pay | | | | 180.54 |
| Ann.Extraordinary Lv Pay | | | | 429.90 |
| Overpayment Offset Amt | | | | 644.85 |
| Leave w/out Pay-AbsenceNA | | | | |
| UnPd-Holiday Approved | | | | |
| FMLA/SPF UnPd Fam Care | | | | |
| Total Gross | | | 2,149.50 | 35,144.47 |

| Taxes | Amount | Year To Date |
|---|---|---|
| Federal       Federal | | |
| TX Withholding Tax | | 268.67 |
| TX EE Social Security Tax | 106.61 | 2,095.80 |
| TX EE Medicare Tax | 24.94 | 490.15 |
| State       Pennsylvania | | |
| TX Withholding Tax | 52.79 | 1,037.77 |
| TX EE Unemployment Tax | 1.09 | 20.89 |
| Local       South Middleton Township | | |
| TX Withholding Tax | 27.51 | 540.83 |
| TX Local Services Tax | 2.00 | 34.00 |
| EE Taxes | 214.94 | 4,488.11 |

| Deductions | Amount | Year To Date |
|---|---|---|
| EE PreTx MED Pct | 107.48 | 1,018.74 |
| Supplemental Life Ins | 7.73 | 130.33 |
| Overpayment recovery Amt | 322.43 | 322.43 |
| SEIU Local 668 Union Dues | 29.88 | 479.56 |
| Full Cov Class AA/Cat 0 | 134.34 | 2,156.20 |
| Total Deductions | 601.86 | 4,107.26 |