```
                         United States Bankruptcy Court
                         Middle District of Pennsylvania
In re:                                                         Case No. 19-04199-HWV
Kelley Kay Pearson                                             Chapter 13
       Debtor                      CERTIFICATE OF NOTICE
District/off: 0314-1        User: DaneishaD           Page 1 of 1            Date Rcvd: Nov 15, 2019
                            Form ID: pdf010           Total Noticed: 14
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 17, 2019.
```
db             +Kelley Kay Pearson,    11 West Springville Rd,    Boiling Springs, PA 17007-9739
5252755        +Bank of Missouri-Total Visa,    P.O. Box 85710,    Sioux Falls, SD 57118-5710
5252756        +Brenner Car Credit LLC,    4 Parkside Ct,    PO Box 126,    Mifflintown, PA 17059-0126
5252757        +Capitol One,    6125 Lakeview Rd,    Suite 500,    Charlotte, NC 28269-2613
5252760       ++MET ED FIRST ENERGY,    101 CRAWFORD CORNER RD,    BLDG 1 SUITE 1-511,    HOLMDEL NJ 07733-1976
                (address filed with court:   Met Ed,    Po Box 16001,    Reading, PA 19612-6001)
5264573        +Metropolitan Edison Company,    101 Crawford's Corner Road,    Building # 1 Suite 1-511,
                Holmdel, NJ 07733-1976
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
cr             +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Nov 15 2019 19:50:15
                PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
5252758         E-mail/Text: documentfiling@lciinc.com Nov 15 2019 19:51:55     Comcast,   676 Island Pond Road,
                Manchester, NH 03109-4840
5252759        +E-mail/Text: bankruptcynotice@fcbanking.com Nov 15 2019 19:52:01     First Commonwealth Bank,
                601 Philadelphia St,    Indiana, PA 15701-3952
5252761        +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Nov 15 2019 19:51:01
                Portfolio Recov Assoc,    150 Corporate Blvd,    Norfolk, VA 23502-4952
5252762        +E-mail/Text: bankruptcyteam@quickenloans.com Nov 15 2019 19:52:42     Quicken Loans,
                1050 Woodward Ave,    Detroit, MI 48226-1906
5259682        +E-mail/Text: bankruptcyteam@quickenloans.com Nov 15 2019 19:52:42     Quicken Loans Inc.,
                635 Woodward Avenue,    Detroit, MI 48226-3408
5253650        +E-mail/PDF: gecsedi@recoverycorp.com Nov 15 2019 19:50:09     Synchrony Bank,
                c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
5252763        +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Nov 15 2019 19:51:53
                Verizon Wireless,    Po Box 650051,    Dallas, TX 75265-0051
                                                                                             TOTAL: 8

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 17, 2019                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 15, 2019 at the address(es) listed below:
```
              Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com
              James  Warmbrodt    on behalf of Creditor   Quicken Loans INC. bkgroup@kmllawgroup.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
              Wayne G Gracey    on behalf of Debtor 1 Kelley Kay Pearson wayneglegal@gmail.com,
               june@beaconlawyer.com
                                                                                             TOTAL: 4
```

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:

Kelley Kay Pearson

**Debtor 1**

Chapter: 13
Case No.: 1:19-bk-04199-HWV

## ORDER DISMISSING CASE

It appearing that the above named Debtor has failed to file the documents listed below, required pursuant to 11 U.S.C. §521 and Bankruptcy Rule 1007:

Employee Income Records

**IT IS HEREBY, ORDERED** that the case of the above named Debtor be and is hereby dismissed. The Trustee hereby is discharged from further responsibility in this case, and it is further

**ORDERED** that all pending actions in this case are hereby dismissed.

Dated: November 15, 2019

By the Court,

_/s/ Henry W. Van Eck_
Henry W. Van Eck, Bankruptcy Judge (LS)

Order Dismissing Case for Failure to File Req. Docs. - Revised 04/18