```
                        United States Bankruptcy Court
                        Middle District of Pennsylvania
In re:                                                          Case No. 19-04199-HWV
Kelley Kay Pearson                                              Chapter 13
        Debtor                  CERTIFICATE OF NOTICE

District/off: 0314-1         User: DeborahGe          Page 1 of 1        Date Rcvd: Nov 18, 2019
                             Form ID: pdf010          Total Noticed: 14
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 20, 2019.
```
db          +Kelley Kay Pearson,   11 West Springville Rd,   Boiling Springs, PA 17007-9739
5252755     +Bank of Missouri-Total Visa,   P.O. Box 85710,   Sioux Falls, SD 57118-5710
5252756     +Brenner Car Credit LLC,   4 Parkside Ct,   PO Box 126,   Mifflintown, PA 17059-0126
5252757     +Capitol One,   6125 Lakeview Rd,   Suite 500,   Charlotte, NC 28269-2613
5252760    ++MET ED FIRST ENERGY,   101 CRAWFORD CORNER RD,   BLDG 1 SUITE 1-511,   HOLMDEL NJ 07733-1976
             (address filed with court: Met Ed,   Po Box 16001,   Reading, PA 19612-6001)
5264573     +Metropolitan Edison Company,   101 Crawford's Corner Road,   Building # 1 Suite 1-511,
              Holmdel, NJ 07733-1976
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
cr          +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Nov 18 2019 19:14:29
              PRA Receivables Management, LLC,   PO Box 41021,   Norfolk, VA 23541-1021
5252758      E-mail/Text: documentfiling@lciinc.com Nov 18 2019 19:18:58      Comcast,   676 Island Pond Road,
              Manchester, NH 03109-4840
5252759     +E-mail/Text: bankruptcynotice@fcbanking.com Nov 18 2019 19:19:00     First Commonwealth Bank,
              601 Philadelphia St,   Indiana, PA 15701-3952
5252761     +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Nov 18 2019 19:14:29
              Portfolio Recov Assoc,   150 Corporate Blvd,   Norfolk, VA 23502-4952
5252762     +E-mail/Text: bankruptcyteam@quickenloans.com Nov 18 2019 19:19:21     Quicken Loans,
              1050 Woodward Ave,   Detroit, MI 48226-1906
5259682     +E-mail/Text: bankruptcyteam@quickenloans.com Nov 18 2019 19:19:21     Quicken Loans Inc.,
              635 Woodward Avenue,   Detroit, MI 48226-3408
5253650     +E-mail/PDF: gecsedi@recoverycorp.com Nov 18 2019 19:14:25      Synchrony Bank,
              c/o PRA Receivables Management, LLC,   PO Box 41021,   Norfolk, VA 23541-1021
5252763     +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Nov 18 2019 19:18:56
              Verizon Wireless,   Po Box 650051,   Dallas, TX 75265-0051
                                                                                             TOTAL: 8

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 20, 2019                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 18, 2019 at the address(es) listed below:
```
              Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com
              James  Warmbrodt     on behalf of Creditor   Quicken Loans INC. bkgroup@kmllawgroup.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
              Wayne G Gracey     on behalf of Debtor 1 Kelley Kay Pearson wayneglegal@gmail.com,
               june@beaconlawyer.com
                                                                                             TOTAL: 4
```

UNITED STATES BANKRUPTCY COURT FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:

KELLEY KAY PEARSON                                    CASE NO: 19-04199

                                                               CHAPTER 13

### ORDER TO RE-INSTATE CHAPTER 13 CASE

Upon consideration of the Debtor's Motion to Reinstate the above captioned bankruptcy case, it is hereby

**ORDERED** that the Chapter 13 case be reinstated.

Dated: November 18, 2019                      By the Court,

                                                         Henry W. Van Eck, Bankruptcy Judge (LS)