```
                             United States Bankruptcy Court
                             Middle District of Pennsylvania
In re:                                                              Case No. 19-04199-HWV
Kelley Kay Pearson                                                  Chapter 13
         Debtor                     CERTIFICATE OF NOTICE
District/off: 0314-1         User: DaneishaD            Page 1 of 1            Date Rcvd: Dec 17, 2019
                             Form ID: ntcnfhrg          Total Noticed: 16
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 19, 2019.
```
db            +Kelley Kay Pearson,    11 West Springville Rd,    Boiling Springs, PA 17007-9739
5252755       +Bank of Missouri-Total Visa,    P.O. Box 85710,    Sioux Falls, SD 57118-5710
5252756       +Brenner Car Credit LLC,    4 Parkside Ct,    PO Box 126,    Mifflintown, PA 17059-0126
5252757       +Capitol One,    6125 Lakeview Rd,    Suite 500,    Charlotte, NC 28269-2613
5252760      ++MET ED FIRST ENERGY,    101 CRAWFORD CORNER RD,    BLDG 1 SUITE 1-511,    HOLMDEL NJ 07733-1976
               (address filed with court:  Met Ed,     Po Box 16001,    Reading, PA 19612-6001)
5264573       +Metropolitan Edison Company,    101 Crawford's Corner Road,    Building # 1 Suite 1-511,
                Holmdel, NJ 07733-1976
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
cr            +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Dec 17 2019 19:14:48
                PRA Receivables Management, LLC,     PO Box 41021,    Norfolk, VA 23541-1021
5252758        E-mail/Text: documentfiling@lciinc.com Dec 17 2019 19:12:02      Comcast,    676 Island Pond Road,
                Manchester, NH 03109-4840
5252759       +E-mail/Text: bankruptcynotice@fcbanking.com Dec 17 2019 19:12:04      First Commonwealth Bank,
                601 Philadelphia St,    Indiana, PA 15701-3952
5271496        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Dec 17 2019 19:37:34
                Portfolio Recovery Associates, LLC,     POB 12914,    Norfolk VA 23541
5252761       +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Dec 17 2019 19:14:59
                Portfolio Recov Assoc,    150 Corporate Blvd,    Norfolk, VA 23502-4952
5252762       +E-mail/Text: bankruptcyteam@quickenloans.com Dec 17 2019 19:12:17       Quicken Loans,
                1050 Woodward Ave,    Detroit, MI 48226-1906
5259682       +E-mail/Text: bankruptcyteam@quickenloans.com Dec 17 2019 19:12:17       Quicken Loans Inc.,
                635 Woodward Avenue,    Detroit, MI 48226-3408
5253650       +E-mail/PDF: gecsedi@recoverycorp.com Dec 17 2019 19:14:58      Synchrony Bank,
                c/o PRA Receivables Management, LLC,     PO Box 41021,    Norfolk, VA 23541-1021
5273990        E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Dec 17 2019 19:15:01       Verizon,
                by American InfoSource as agent,    PO Box 4457,    Houston, TX 77210-4457
5252763       +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Dec 17 2019 19:12:01
                Verizon Wireless,    Po Box 650051,    Dallas, TX 75265-0051
                                                                                               TOTAL: 10
```
```
              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 19, 2019                                  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 17, 2019 at the address(es) listed below:
```
              Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com
              James Warmbrodt     on behalf of Creditor    Quicken Loans INC. bkgroup@kmllawgroup.com
              United States Trustee     ustpregion03.ha.ecf@usdoj.gov
              Wayne G Gracey     on behalf of Debtor 1 Kelley Kay Pearson wayneglegal@gmail.com,
               june@beaconlawyer.com
                                                                                               TOTAL: 4
```

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Kelley Kay Pearson,

**Debtor 1**

Chapter 13

Case No. 1:19–bk–04199–HWV

## Notice

The hearing on confirmation of the Plan of reorganization of Debtor 1 is scheduled for the date indicated below.

**January 15, 2020** is the deadline for filing objections to confirmation of the Plan. Please note that evidentiary hearings will not be conducted at the time of the confirmation hearing. If it is determined during the confirmation hearing that an evidentiary hearing is required, the evidentiary hearing will be scheduled for a future date. The confirmation hearing scheduled below will be called even if an amended plan is filed before the hearing or a notice with a different hearing date is filed by counsel.

| United States Bankruptcy Court Bankruptcy Courtroom (3rd Floor), Third & Walnut Streets, Harrisburg, PA 17101 | Date: January 22, 2020<br>Time: 09:30 AM |
|---|---|

A copy of the Plan can be obtained by accessing the case docket through PACER, or from the Bankruptcy Clerk's Office at the address listed below during normal business hours.

Initial requests for a continuance of hearing ( *L.B.F. 9013–3, Request to Continue Hearing/Trial with Concurrence*) shall be filed with the Court. Requests received by the Court within twenty–four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing telephonically shall be made in accordance with L.B.R. 9074–1(a).

Electronic equipment, including cell phones, pagers, laptops, etc., will be inspected upon entering the Courthouse. These devices may be used in common areas and should be turned to silent operation upon entering the Courtroom and Chambers.

Photo identification is required upon entering the Courthouse.

| **Address of the Bankruptcy Clerk's Office:**<br>Ronald Reagan Federal Building<br>228 Walnut St, Rm 320<br>Harrisburg, PA 17101–1737<br>(717) 901–2800 | **For the Court:**<br>Terrence S. Miller<br>Clerk of the Bankruptcy Court:<br>By: DaneishaDunbarYancey, Deputy Clerk |
|---|---|
| Hours Open: Monday – Friday 9:00 AM – 4:00 PM | Date: December 17, 2019 |

ntcnfhrg (03/18)