In re:  
Kelley Kay Pearson  
    Debtor

Case No. 19-04199-HWV  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0314-1     User: AutoDocke     Page 1 of 2     Date Rcvd: May 27, 2020  
                       Form ID: 309A      Total Noticed: 20

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 29, 2020.
```
db            +Kelley Kay Pearson,    11 West Springville Rd,    Boiling Springs, PA 17007-9739
aty           +James Warmbrodt,    701 Market Street Suite 5000,    Philadephia, PA 19106-1541
tr            +Steven M. Carr (Trustee),    Ream Carr Markey Woloshin & Hunter LLP,    119 East Market Street,
                York, PA 17401-1221
5252755       +Bank of Missouri-Total Visa,    P.O. Box 85710,    Sioux Falls, SD 57118-5710
5252756       +Brenner Car Credit LLC,    4 Parkside Ct,    PO Box 126,    Mifflintown, PA 17059-0126
5252757       +Capitol One,    6125 Lakeview Rd,    Suite 500,    Charlotte, NC 28269-2613
5252760      ++MET ED FIRST ENERGY,    101 CRAWFORD CORNER RD,    BLDG 1 SUITE 1-511,    HOLMDEL NJ 07733-1976
              (address filed with court: Met Ed,     Po Box 16001,    Reading, PA 19612-6001)
5264573       +Metropolitan Edison Company,    101 Crawford's Corner Road,    Building # 1 Suite 1-511,
                Holmdel, NJ 07733-1976
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
aty            E-mail/Text: wayneglegal@gmail.com May 27 2020 19:46:36      Wayne G Gracey,    1835 Linwood Ave,
                Lancaster, Pa  17603
ust           +E-mail/Text: USTPRegion03.HA.ECF@USDOJ.GOV May 27 2020 19:46:51      United States Trustee,
                228 Walnut Street, Suite 1190,    Harrisburg, PA 17101-1722
cr            +EDI: PRA.COM May 27 2020 23:43:00      PRA Receivables Management, LLC,    PO Box 41021,
                Norfolk, VA 23541-1021
5252758        EDI: COMCASTCBLCENT May 27 2020 23:43:00      Comcast,    676 Island Pond Road,
                Manchester, NH 03109-4840
5252759       +E-mail/Text: bankruptcynotice@fcbanking.com May 27 2020 19:46:40      First Commonwealth Bank,
                601 Philadelphia St,    Indiana, PA 15701-3952
5271496        EDI: PRA.COM May 27 2020 23:43:00      Portfolio Recovery Associates, LLC,    POB 12914,
                Norfolk VA 23541
5252761       +EDI: PRA.COM May 27 2020 23:43:00      Portfolio Recov Assoc,    150 Corporate Blvd,
                Norfolk, VA 23502-4952
5252762       +E-mail/Text: bankruptcyteam@quickenloans.com May 27 2020 19:46:57      Quicken Loans,
                1050 Woodward Ave,    Detroit, MI 48226-1906
5259682       +E-mail/Text: bankruptcyteam@quickenloans.com May 27 2020 19:46:57      Quicken Loans Inc.,
                635 Woodward Avenue,    Detroit, MI 48226-3408
5253650       +EDI: RMSC.COM May 27 2020 23:43:00      Synchrony Bank,    c/o PRA Receivables Management, LLC,
                PO Box 41021,    Norfolk, VA 23541-1021
5273990        EDI: AIS.COM May 27 2020 23:43:00      Verizon,    by American InfoSource as agent,    PO Box 4457,
                Houston, TX  77210-4457
5252763       +EDI: VERIZONCOMB.COM May 27 2020 23:43:00      Verizon Wireless,    Po Box 650051,
                Dallas, TX 75265-0051
                                                                                               TOTAL: 12
```

```
               ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address  
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 29, 2020                          Signature: /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 27, 2020 at the address(es) listed below:
```
              Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com
              James   Warmbrodt    on behalf of Creditor    Quicken Loans INC. bkgroup@kmllawgroup.com
              Steven M. Carr (Trustee)    stevecarr8@comcast.net, pa31@ecfcbis.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
        Wayne G Gracey　　on behalf of Debtor 1 Kelley Kay Pearson wayneglegal@gmail.com, june@beaconlawyer.com

TOTAL: 5

| Information to identify the case: | | | | |
|---|---|---|---|---|
| Debtor 1: | Kelley Kay Pearson | | Social Security number or ITIN: | xxx–xx–3810 |
| | First Name  Middle Name  Last Name | | EIN: | _ _ – _ _ _ _ _ _ _ |
| Debtor 2: (Spouse, if filing) | First Name  Middle Name  Last Name | | Social Security number or ITIN: EIN: | _ _ _ _ _ _ – _ _ _ _ _ _ _ |
| United States Bankruptcy Court: | Middle District of Pennsylvania | | Date case filed in chapter: | 13    9/29/19 |
| Case number: | 1:19-bk-04199-HWV | | Date case converted to chapter: | 7    5/27/20 |

Official Form 309A (For Individuals or Joint Debtors)
**Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**   09/19

**For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at  www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | Kelley Kay Pearson | |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 11 West Springville Rd<br>Boiling Springs, PA 17007 | |
| 4. | **Debtor's attorney**<br>Name and address | Wayne G Gracey<br>1835 Linwood Ave<br>Lancaster, Pa 17603 | Contact phone 717–688–8764<br><br>Email: wayneglegal@gmail.com |
| 5. | **Bankruptcy trustee**<br>Name and address | Steven M. Carr (Trustee)<br>Ream Carr Markey Woloshin & Hunter LLP<br>119 East Market Street<br>York, PA 17401 | Contact phone 717 843–8968<br><br>Email: stevecarr8@comcast.net |

**For more information, see page 2 >**

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**    page **1**

**Receiving Court Issued Orders and Notices by E–Mail:**  (1) Anyone can register for the Electronic Bankruptcy Noticing program at ebn.uscourts.gov. (2) Only Debtors can register for DeBN (Debtor's Electronic Bankruptcy Noticing) by filing a DeBN Request form (www.pamb.uscourts.gov/debn–form), with the Clerk of Court. Both options are FREE and allow the clerk to quickly send you Court Issued Orders and Notices by E–Mail.

| | | | |
|---|---|---|---|
| **6.** | **Bankruptcy clerk's office**<br><br>Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at www.pacer.gov. | Ronald Reagan Federal Building<br>228 Walnut St, Rm 320<br>Harrisburg, PA 17101–1737 | Hours open:<br>Monday – Friday 9:00 AM to 4:00 PM<br><br>Contact phone (717) 901–2800<br><br>Date: 5/27/20 |
| **7.** | **Meeting of creditors**<br><br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **July 1, 2020 at 01:00 PM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket.<br><br>*Valid photo identification and proof of social security number are required* | Location:<br><br>**341 meeting will be held telephonically, refer to the call–in instructions.** |
| **8.** | **Presumption of abuse**<br><br>If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | Insufficient information has been filed to date to permit the clerk to make any determination concerning the presumption of abuse. If more complete information, when filed, shows that the presumption has arisen, creditors will be notified. | |
| **9.** | **Deadlines**<br><br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:**<br><br>**You must file a complaint:**<br>• if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or<br>• if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4), or (6). **You must file a motion:**<br>• if you assert that the discharge should be denied under § 727(a)(8) or (9). | **Filing deadline: 8/30/20** |
| | | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| **10.** | **Proof of claim**<br><br>Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |
| **11.** | **Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **12.** | **Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at www.pacer.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. | |

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**                                                page **2**

Case 1:19-bk-04199-HWV    Doc 46    Filed 05/29/20    Entered 05/30/20 00:32:23    Desc
Imaged Certificate of Notice    Page 4 of 4