```
                          United States Bankruptcy Court
                          Middle District of Pennsylvania
In re:                                                              Case No. 19-04199-HWV
Kelley Kay Pearson                                                  Chapter 7
       Debtor                      CERTIFICATE OF NOTICE
District/off: 0314-1         User: AutoDocke           Page 1 of 1          Date Rcvd: May 27, 2020
                             Form ID: tele341          Total Noticed: 16
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 29, 2020.
```
db             +Kelley Kay Pearson,    11 West Springville Rd,    Boiling Springs, PA 17007-9739
5252755        +Bank of Missouri-Total Visa,    P.O. Box 85710,    Sioux Falls, SD 57118-5710
5252756        +Brenner Car Credit LLC,    4 Parkside Ct,   PO Box 126,    Mifflintown, PA 17059-0126
5252757        +Capitol One,    6125 Lakeview Rd,    Suite 500,    Charlotte, NC 28269-2613
5252760       ++MET ED FIRST ENERGY,    101 CRAWFORD CORNER RD,    BLDG 1 SUITE 1-511,    HOLMDEL NJ 07733-1976
                (address filed with court:  Met Ed,    Po Box 16001,    Reading, PA 19612-6001)
5264573        +Metropolitan Edison Company,    101 Crawford's Corner Road,    Building # 1 Suite 1-511,
                Holmdel, NJ 07733-1976
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
cr             +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com May 28 2020 08:39:52
                PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
5252758         E-mail/Text: documentfiling@lciinc.com May 27 2020 19:46:37     Comcast,    676 Island Pond Road,
                Manchester, NH 03109-4840
5252759        +E-mail/Text: bankruptcynotice@fcbanking.com May 27 2020 19:46:40     First Commonwealth Bank,
                601 Philadelphia St,    Indiana, PA 15701-3952
5271496         E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com May 28 2020 08:39:52
                Portfolio Recovery Associates, LLC,    POB 12914,    Norfolk VA 23541
5252761        +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com May 28 2020 08:39:52
                Portfolio Recov Assoc,    150 Corporate Blvd,    Norfolk, VA 23502-4952
5252762        +E-mail/Text: bankruptcyteam@quickenloans.com May 27 2020 19:46:57     Quicken Loans,
                1050 Woodward Ave,    Detroit, MI 48226-1906
5259682        +E-mail/Text: bankruptcyteam@quickenloans.com May 27 2020 19:46:57     Quicken Loans Inc.,
                635 Woodward Avenue,    Detroit, MI 48226-3408
5253650        +E-mail/PDF: gecsedi@recoverycorp.com May 27 2020 19:51:13     Synchrony Bank,
                c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
5273990         E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM May 27 2020 19:50:48     Verizon,
                by American InfoSource as agent,    PO Box 4457,    Houston, TX 77210-4457
5252763        +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com May 27 2020 19:46:37
                Verizon Wireless,    Po Box 650051,    Dallas, TX 75265-0051
                                                                                              TOTAL: 10
                  ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 29, 2020                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 27, 2020 at the address(es) listed below:
              Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com
              James Warmbrodt    on behalf of Creditor   Quicken Loans INC. bkgroup@kmllawgroup.com
              Steven M. Carr (Trustee)    stevecarr8@comcast.net, pa31@ecfcbis.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
              Wayne G Gracey    on behalf of Debtor 1 Kelley Kay Pearson wayneglegal@gmail.com,
               june@beaconlawyer.com
                                                                                              TOTAL: 5
```

# NOTICE REGARDING TELEPHONIC CHAPTER 7 § 341 MEETINGS IN THE MIDDLE DISTRICT OF PENNSYLVANIA
## (Effective April 24, 2020)

On April 24, 2020, the United States Trustee for Region 3 issued a supplemental notice continuing all in−person chapter 7, 11, 12, and 13 section 341 meetings for cases filed through July 10, 2020.

Given the foregoing, this notice addresses the protocol for telephonic appearances for **chapter 7** section 341 meetings only. Chapter 13 debtors should refer to their standing trustee's protocol or website for additional information.

All debtor attorneys and debtors are encouraged to participate in section 341 meetings by telephone, or by such remote means as the trustee has established and noticed. Attorneys and debtors may call in from separate locations. Creditors and creditor attorneys may appear remotely and should use the information provided below or on the docket to participate.

All parties are encouraged to contact the case trustee, check the case docket, and the UST Website at https://www.justice.gov/ust for up−to−date information about section 341 meetings of creditors.

**Unless otherwise instructed, to participate in a telephonic section 341 meeting, you should use the Call−In Number and Passcode assigned to your trustee, which is listed below.**

Unless otherwise directed by your trustee, please call−in five minutes before your assigned meeting time and mute your telephone until your case is called. Please follow the instructions below to ensure a smooth telephonic section 341 meeting of creditors.

- You must use a touch−tone phone.
- If you have a choice, use a landline phone, instead of a cell phone.
- Dial the call−in number and then enter the passcode, which consists of 7 numbers and is followed by a # sign.
- Make the call from a quiet area where there is as little background noise as possible.
- Mute your phone and do not speak until the bankruptcy trustee calls your case. (Other meetings of creditors may be in session when you call in. You may be able to hear the trustee even when your phone is muted.)
- Unmute your phone when the trustee calls your case so that the trustee can hear you.
- When speaking, identify yourself.
- Do not put the phone on hold at any time after the call is connected.
- Once your meeting of creditors is finished, hang up.
- If you become disconnected before your meeting of creditors is finished, call back.
- If you are calling in from another country, please see the additional information available at: https://www.mymeetings.com/audioconferencing/pdf/GlobalAccessDialingInformation.pdf

Debtor's counsel must verify on the record that they have confirmed their client's identity prior to the section 341 meeting of creditors, either via Facetime or Skype or other means.

Required documents for the section 341 meeting of creditors should be provided to the trustee a week prior to the section 341 meeting of creditors. These documents should include information sufficient for the trustee to verify the debtor's SSN. Debtors shall have these documents available during the section 341 meeting of creditors in the event there are questions about the information in the documents.

The section 341 meeting of creditors will be recorded by the trustee. Any other recordings are prohibited.

| Trustee | Call−In Number | Passcode |
|---|---|---|
| Steven Carr | 1−888−282−8246 | 8589279 |
| Mark Conway | 1−866−773−1875 | 5761176 |
| Lawrence Frank | 1−866−724−5066 | 1380190 |
| Leon Haller | 1−866−507−4642 | 2179536 |
| John Martin | 1−866−809−8952 | 7685517 |
| William Schwab | 1−866−707−7516 | 4801433 |
| Robert Sheils | 1−866−714−3930 | 1832207 |
| Lawrence Young | 1−866−453−7506 | 2896054 |

tele341(03/20)