```
                         United States Bankruptcy Court
                         Middle District of Pennsylvania
In re:                                                        Case No. 19-04199-HWV
Kelley Kay Pearson                                            Chapter 7
        Debtor
```

# CERTIFICATE OF NOTICE

```
District/off: 0314-1          User: AutoDocke        Page 1 of 1           Date Rcvd: Jul 13, 2020
                              Form ID: orfeedue      Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 15, 2020.
db             +Kelley Kay Pearson,   11 West Springville Rd,   Boiling Springs, PA 17007-9739

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                        TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 15, 2020                            Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 13, 2020 at the address(es) listed below:
              James Warmbrodt    on behalf of Creditor    Quicken Loans INC. bkgroup@kmllawgroup.com
              Steven M. Carr (Trustee)    stevecarr8@comcast.net, pa31@ecfcbis.com;debclick@comcast.net
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
              Wayne G Gracey    on behalf of Debtor 1 Kelley Kay Pearson wayneglegal@gmail.com,
               june@beaconlawyer.com
                                                                                             TOTAL: 4

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

Kelley Kay Pearson

**Debtor(s)**

Chapter 7

Case number 1:19–bk–04199–HWV

Document Number: 42

**Order Filing Fee Due**

Finding that the fee in the amount of **$25.00** assessed in connection with the filing of the Motion to Convert, has not been paid, it is hereby

**ORDERED** that the fee be paid in full on or before **July 20, 2020** or the pleading may be stricken by the court for failure to pay the filing fee.

Dated: July 13, 2020

By the Court,

Honorable Henry W. Van Eck
Chief Bankruptcy Judge
By: DaneishaDunbarYancey, Deputy Clerk

orfeedue(05/18)