Certificate Number: 14912-PAM-DE-034787799

Bankruptcy Case Number: 19-04199


14912-PAM-DE-034787799

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on August 18, 2020, at 5:20 o'clock PM EDT, Kelley Pearson completed a course on personal financial management given by internet by 001 Debtoredu LLC, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Middle District of Pennsylvania.

Date: August 18, 2020

By: /s/Jai Bhatt

Name: Jai Bhatt

Title: Counselor